UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN ORTEGA, | CASE NO. C26-1424-KKE |
| Petitioner(s), | ORDER GRANTING MOTION TO |
| v. | PROCEED IN FORMA PAUPERIS |
| BRUCE SCOTT, et al., | |
| Respondent(s). | |

Petitioner, proceeding *pro se*, filed a proposed petition for writ of habeas corpus (Dkt. No. 1-1) and an application to proceed *in forma pauperis* ("IFP") (Dkt. No. 1). To proceed IFP, a litigant must file an affidavit which asserts "the person is unable to pay [filing] fees" and state the "affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a). In support of his request to proceed IFP, Petitioner provides a declaration which asserts that, for the past twelve months, he has received $0 in income. Dkt. No. 1. Petitioner generally asserts that he is entitled to relief and that he cannot pay filing costs. *Id*.

Accordingly, the Court GRANTS Petitioner's application to proceed IFP. Dkt. No. 1.

Dated this 27th day of April, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS - 1