UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN ORTEGA,

               Petitioner(s),

    v.

BRUCE SCOTT, et al.,

               Respondent(s).

CASE NO. C26-1424-KKE

ORDER DENYING MOTION FOR
TEMPORARY RESTRAINING ORDER

Petitioner, representing himself, filed a motion for temporary restraining order ("TRO") along with his petition for writ of habeas corpus. Dkt. Nos. 1-1, 2. Petitioner's motion requests that the Court stay Petitioner's removal while his habeas petition is pending and enjoin his transfer from the Northwest ICE Processing Center, where he is currently detained. Dkt. No. 2. The Court will DENY Petitioner's motion because he has not shown that he is entitled to this extraordinary relief.

Parties seeking a TRO must show: (1) that they are likely to succeed on the merits, (2) that they are likely to suffer irreparable harm absent preliminary relief, (3) that the balance of equities tips in their favor, and (4) that an injunction serves the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Here, Petitioner has not shown that he is likely to suffer irreparable harm absent the relief requested because the Court's scheduling order already requires the Government to provide notice before any removal or transfer. Dkt. No. 5. The Court finds

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER - 1

that this order provides adequate protection against imminent, irreparable harm in the form of transfer or removal while the petition is pending.

Moreover, because Petitioner is representing himself and filing and receiving materials by mail, the Court AMENDS the scheduling order (Dkt. No. 5) in the following respects to allow him sufficient time to file a reply and receive notice:

1. Petitioner's reply deadline of May 18, 2026, is EXTENDED to June 1, 2026. The Government shall note its response for June 1, 2026.

2. The Government shall provide Petitioner notice one week (168 hours) before any action to move or transfer him from the Western District of Washington or to remove him from the United States. Any such notice shall be filed on the docket.

Dated this 28th day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER - 2