UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN ORTEGA,

                    Petitioner(s),

        v.

BRUCE SCOTT, et al.,

                    Respondent(s).

CASE NO. C26-1424-KKE

ORDER REFERRING CASE TO THE OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR REVIEW

This is a federal habeas action filed under 28 U.S.C. § 2241.  Petitioner has filed a motion to appoint counsel.  Dkt. No. 8.   Having reviewed Petitioner's motion (*id*.), the petition for writ of habeas corpus (Dkt. No. 4), the Government's return (Dkt. No. 10), and the relevant record, the Court finds that, because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B).  Moreover, the materials submitted in support of his application to proceed *in forma pauperis* support his financial eligibility for such appointment.  *See* Dkt. No. 1.

        Accordingly, the Court ORDERS as follows:

        (1) The Court GRANTS Petitioner's request for appointment of counsel.  Dkt. No. 8

        (2) This matter is referred to the Office of the Federal Public Defender for review.

        (3) The Court requests that the Office of the Federal Public Defender review the petition

                and advise the Court by May 22, 2026, if it will seek appointment in this matter.

ORDER REFERRING CASE TO THE OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR REVIEW - 1

The Clerk is directed to send a copy of this Minute Order to Petitioner and to the Office of the Federal Public Defender.

Dated this 15th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER REFERRING CASE TO THE OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR REVIEW - 2